*E-FILED 6/3/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE and MARITES GONZAGA, | No. C09-00970 HRL |
| Plaintiffs, | **ORDER GRANTING AS UNOPPOSED DEFENDANT OCWEN LOAN SERVICING LLC'S MOTION TO DISMISS** |
| v. | |
| AMERIBANK CORPORATION; NATION HOME MORTGAGE; AURORA LOAN SERVICES; OCWEN LOAN SERVICING; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; QUALITY HOME LOANS, | [Re: Docket No. 9] |
| Defendants. | |

Ocwen Loan Servicing LLC ("Ocwen") moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6).[1] The hearing was noticed for June 2, 2009. Pursuant to Civil Local Rule 7, plaintiffs' opposition or statement of non-opposition was due by May 12, 2009. They failed to file any response. Indeed, this court heard nothing from them until the motion hearing – at which time, plaintiffs' counsel appeared to announce that plaintiffs intended to amend their complaint. He further stated that plaintiffs do not oppose Ocwen's motion to dismiss, so long as the complaint is dismissed with leave to amend.

Plaintiffs have been rather cavalier with respect to meeting court deadlines. Although plaintiffs' counsel stated that his clients did not authorize him to file an opposition brief, he

---

[1] Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, plaintiffs and Ocwen have expressly consented that all proceedings in this matter may be heard and finally adjudicated by the undersigned.

1 surely could have advised the court and defendants of plaintiffs' non-opposition and their intent
2 to amend the complaint much sooner than he did.  Nevertheless, Ocwen's motion to dismiss is
3 granted as unopposed, and plaintiffs will be given leave to amend.  Plaintiffs' amended
4 complaint shall be filed within ten days from the date of this order.  In amending their
5 complaint, plaintiffs are well advised to heed the arguments made by Ocwen in its motion.

6   SO ORDERED.
7 Dated:    June 3, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:09-cv-970 Notice has been electronically mailed to:**

Bridget McLaughlin Moss   bridget.moss@akerman.com

Christopher James Donewald   cdonewald@houser-law.com

David C. Scott   dscott@mccarthyholthus.com

Justin Donald Balser   justin.balser@akerman.com, elizabeth.streible@akerman.com, kristine.elliott@akerman.com, luke.sosnicki@akerman.com, stephanie.jefferson@akerman.com, toni.domres@akerman.com, victoria.edwards@akerman.com

Matthew Edward Podmenik   lrodriguez@mccarthyholthus.com

Reuben Lagbao Nocos   rlnocos@nocoslaw.com

Sara Louise Markert   smarkert@houser-law.com

Seth Michael Harris   seharris@mccarthyholthus.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**United States District Court**
For the Northern District of California